## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### Greenbelt Division

UNITED STATES FOR THE USE AND
BENEFIT OF INDUSTRIAL APPLICATIONS,
INC., a Mississippi corporation,

     Plaintiff,

v.                               Civil Action No. 8:19-cv-1017-GJH

FEATHER FREE ZONE, LLC,
ASTURIAN GROUP, INC.,
WESTERN SURETY COMPANY, and
PATRICK JOHNSON,

     Defendants.

### <u>NOTICE OF DISMISSAL OF ASTURIAN GROUP, INC.</u>

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff, Industrial Applications, Inc., through undersigned counsel, hereby voluntarily dismisses this action without prejudice as to defendant Asturian Group, Inc.

                            Respectfully submitted,

                            */s/ Timothy B. Hyland*
                            Timothy B. Hyland (Md. Fed. Bar No. 17777)
                            HYLAND LAW PLLC
                            1818 Library Street, Suite 500
                            Reston, VA  20190
                            Tel.:   (703) 956-3566
                            Fax:   (703) 935-0349
                            Email:   thyland@hylandpllc.com

                            Attorney for Plaintiff

*/s/ Michael J. Bramnick*
Michael J. Bramnick, Esquire (Md. Fed. Bar
No. 17644)
Bramnick Law, LLC
4520 East West Highway, Suite 700
Bethesda, Maryland 20814
(301) 547-3647
Mbramnick@BramnickLegal.com

Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing was sent to the following recipients by the cited method:

Matthew A. Brennan, III, Esquire (by electronic service)
Brennan & Waite, PLC
2915 Hunter Mill Road, Suite 17
PO Box 3223
Oakton, Virginia 22124
*Counsel for Feather Free Zone, LLC & Patrick Johnson*

Western Surety Company (by first-class mail)
c/o Lisa Desantis
333 S. Wabash Avenue, 41st Floor
Chicago, Illinois 60604

Western Surety Company (by first-class mail)
c/o CT Corporation System
219 S. Coteau Street
Pierre, SD 57501

Asturian Group, Inc. (by first-class mail)
c/o James Kwartnik, Jr., Esquire
Cozen O'Connor
One Liberty Place
1650 Market Street, Suite 2800
Philadelphia, Pennsylvania 19103

*/s/ Michael J. Bramnick*
Michael J. Bramnick