# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
# Greenbelt Division

UNITED STATES FOR THE USE AND
BENEFIT OF INDUSTRIAL APPLICATIONS,
INC., a Mississippi corporation,

    Plaintiff,

v.                                                Civil Action No. 8:19-cv-1017-GJH

FEATHER FREE ZONE, LLC,
WESTERN SURETY COMPANY, and
PATRICK JOHNSON,

    Defendants.

## NOTICE OF DISMISSAL OF PATRICK JOHNSON

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff, Industrial Applications, Inc., through undersigned counsel, hereby voluntarily dismisses this action without prejudice as to defendant Patrick Johnson.

    Respectfully submitted,

    /s/ *Timothy B. Hyland*
    Timothy B. Hyland (Md. Fed. Bar No. 17777)
    HYLAND LAW PLLC
    1818 Library Street, Suite 500
    Reston, VA  20190
    Tel.:   (703) 956-3566
    Fax:   (703) 935-0349
    Email:   thyland@hylandpllc.com

Attorney for Plaintiff

/s/ *Michael J. Bramnick*
Michael J. Bramnick (Md. Fed. Bar No. 17644)
Bramnick Law, LLC
4520 East West Highway, Suite 700
Bethesda, Maryland 20814
(301) 547-3647
Mbramnick@BramnickLegal.com

Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing was sent on May 13, 2019 to the following recipient by electronic service:

Matthew A. Brennan, III, Esquire
Brennan & Waite, PLC
2915 Hunter Mill Road, Suite 17
PO Box 3223
Oakton, Virginia 22124
*Counsel for Feather Free Zone, LLC & Western Surety Company*

/s/ *Michael J. Bramnick*
Michael J. Bramnick